TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
CHRISTOPHER VIEIRA (CA Bar No. 273781)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 510-970-4808
Email: christopher.vieira@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MIKEETA DIANN BLAIR,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. 2:26-cv-00109-MDC<br><br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.  On remand, an administrative law judge will offer Plaintiff the opportunity for a hearing; take any further action needed to complete the administrative record; and issue a new decision.  The ALJ will also further evaluate the medical opinion evidence and the subjective symptom testimony; if warranted, further consider the residual functional capacity; and if warranted, continue the sequential evaluation process, including obtaining vocational expert testimony.  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: April 1, 2026                    Respectfully submitted,

/s/ Marc V. Kalagian
MARC V. KALAGIAN
(*as authorized via email on Mar. 27, 2026)
Attorney for Plaintiff

SIGAL CHATTAH
First Assistant United States Attorney

I certify that Artificial Intelligence was not used to prepare the foregoing document.

By: s/ Christopher Vieira
CHRISTOPHER VIEIRA
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

IT IS SO ORDERED:

HON. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE

DATED:  April 2, 2026

Stipulation to Voluntary Remand                    Page 1                    2:26-cv-00109-MDC